[No. 300-3.   Division Three.   July 29, 1971.]

EDWARD G. FOSTER *et al., Respondents,* v. JON K. MEYER *et al., Defendants,* UNITED PACIFIC INSURANCE Co., *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 195445, Ralph P. Edgerton, J., entered June 10, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 149-2.   Division Two.   July 30, 1971.]

THE STATE OF WASHINGTON, *Respondent,* v. LENNY PAUL WELLS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 38563, Bartlett Rummel, J., entered December 2, 1969. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 276-2.   Division Two.   July 30, 1971.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD B. KITCHEN, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 3219, Joseph H. Johnston, J., entered April 20, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 278-2.   Division Two.   July 30, 1971.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM LEE LUCAS *et al., Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 39087, Stanley W. Worswick, J., entered May 20, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.